UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL POLK,

        Plaintiff,

v.

CDCR DIRECTOR; et al.,

        Defendants.
                               /

No. C 11-1101 SI (pr)

**JUDGMENT**

      This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application at the time of filing.

      IT IS SO ORDERED AND ADJUDGED.

Dated: June 19, 2011

                                        SUSAN ILLSTON
                                        United States District Judge